# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| HOA SYSTEMS, LLC, a Delaware limited liability company, HI LIMITED PARTNERSHIP, a Florida limited partnership,<br><br>　　Plaintiffs,<br><br>v.<br><br>PARCO HOLDINGS, LP, a California limited partnership, ROBERT A. PARDINI, an individual, JOHN A. PARDINI, an individual,<br><br>　　Defendants. | Case No. 1:17-CV-01664-AWI-EPG<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>(ECF No. 12) |

THIS MATTER comes before the Court on the Joint Stipulation Extending Time for Defendants to Respond to Complaint, (ECF No. 12).

Good cause appearing, IT IS HEREBY ORDERED that Defendants John A. Pardini, Robert A. Pardini and Parco Holdings, LP have through and including Thursday, February 22, 2018, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: __**January 24, 2018**__　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1