1 | Luanne Sacks (SBN 120811)
lsacks@srclaw.com
2 | **SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
3 | San Francisco, CA 94108
Telephone: (415) 549-0580
4 | Facsimile: (415) 549-0640

5 | Cynthia A. Ricketts (admitted *pro hac vice*)
cricketts@srclaw.com
6 | **SACKS, RICKETTS & CASE LLP**
2800 North Central Avenue, Suite 1910
7 | Phoenix, AZ 85004
Telephone: (602) 385-3370
8 | Facsimile: (602) 385-3371

9 | *Attorneys for Plaintiffs*
10 | HOA Systems, LLC and HI Limited Partnership

11 | Martin W. Taylor (SBN 149744)
martin.taylor@troutmansanders.com
12 | **TROUTMAN SANDERS**
5 Park Plaza, Suite 1400
13 | Irvine, CA 92614
Telephone: (949) 622-2718
14 |

15 | *Attorneys for Defendants*
Parco Holdings, LP, Robert A. Pardini, and
16 | John A. Pardini

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOA SYSTEMS, LLC, a Delaware limited liability company, HI LIMITED PARTNERSHIP, a Florida limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>PARCO HOLDINGS, LP, a California limited partnership, ROBERT A. PARDINI, an individual, JOHN A. PARDINI, an individual,<br><br>Defendants. | Case No. 1:17-CV-01664-AWI-EPG<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND REQUESTING THE CONTINUATION OF THE MANDATORY SCHEDULING CONFERENCE**<br><br>**(SECOND REQUEST)**<br><br>Judge: Hon. Anthony W. Ishii |

THIS MATTER comes before the Court on the Joint Stipulation Extending Time for Defendants to Respond to Complaint and Requesting the Continuation of the Mandatory Scheduling Conference.

Good cause appearing, IT IS HEREBY ORDERED that Defendants John A. Pardini, Robert A. Pardini and Parco Holdings, LP have through and including Wednesday, March 14, 2018 to answer or otherwise respond to the Complaint.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference originally set in this matter on March 13, 2018 at 9:00 a.m. in Department 10 of the above-entitled court is CONTINUED to April 30, 2018 at 09:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **February 26, 2018**         /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE

1