1  Luanne Sacks (SBN 120811)
   lsacks@srclaw.com
2  **SACKS, RICKETTS & CASE LLP**
   177 Post Street, Suite 650
3  San Francisco, CA 94108
   Telephone: (415) 549-0580
4  Facsimile: (415) 549-0640

5  Cynthia A. Ricketts (admitted *pro hac vice*)
   cricketts@srclaw.com
6  **SACKS, RICKETTS & CASE LLP**
   2800 North Central Avenue, Suite 1910
7  Phoenix, AZ 85004
   Telephone: (602) 385-3370
8  Facsimile: (602) 385-3371

9  *Attorneys for Plaintiffs*
10 HOA Systems, LLC and HI Limited Partnership

11 Martin W. Taylor (SBN 149744)
   martin.taylor@troutmansanders.com
12 **TROUTMAN SANDERS**
   5 Park Plaza, Suite 1400
13 Irvine, CA 92614
   Telephone: (949) 622-2718
14

15 *Attorneys for Defendants*
   Parco Holdings, LP, Robert A. Pardini, and
16 John A. Pardini

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| HOA SYSTEMS, LLC, a Delaware limited liability company, HI LIMITED PARTNERSHIP, a Florida limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>PARCO HOLDINGS, LP, a California limited partnership, ROBERT A. PARDINI, an individual, JOHN A. PARDINI, an individual,<br><br>Defendants. | Case No. 1:17-CV-01664-AWI-EPG<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

THIS MATTER comes before the Court on the Joint Stipulation Extending Time for Defendants to Respond to Complaint.

Good cause appearing, IT IS HEREBY ORDERED that Defendants John A. Pardini, Robert A. Pardini and Parco Holdings, LP have through and including Monday, April 30, 2018 to answer or otherwise respond to the Complaint.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set in this matter on April 30, 2018 at 9:30 a.m. in Department 10 of the above-entitled court is vacated and CONTINUED to May 24, 2018 at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **April 10, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE