Luanne Sacks (SBN 120811)
lsacks@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 549-0640

Cynthia A. Ricketts (admitted *pro hac vice*)
cricketts@srclaw.com
**SACKS, RICKETTS & CASE LLP**
2800 North Central Avenue, Suite 1910
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

*Attorneys for Plaintiffs*
HOA Systems, LLC and HI Limited Partnership

Martin W. Taylor (SBN 149744)
martin.taylor@troutmansanders.com
**TROUTMAN SANDERS**
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2718

*Attorneys for Defendants*
Parco Holdings, LP, Robert A. Pardini, and
John A. Pardini

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOA SYSTEMS, LLC, a Delaware limited liability company, HI LIMITED PARTNERSHIP, a Florida limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>PARCO HOLDINGS, LP, a California limited partnership, ROBERT A. PARDINI, an individual, JOHN A. PARDINI, an individual,<br><br>Defendants. | Case No. 1:17-CV-01664-AWI-EPG<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**<br><br>Judge: Hon. Anthony W. Ishii |

THIS MATTER comes before the Court on the Joint Stipulation to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division ("Joint Stipulation").

Pursuant to 28 U.S.C. § 1404(a), in the interest of justice, IT IS HEREBY ORDERED that the Joint Stipulation is APPROVED. The Clerk is directed to transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division. No further proceedings shall be had in this Court and the May 24, 2018 Telephonic Status Conference is hereby vacated.

IT IS FURTHER ORDERED that Defendants Parco Holdings, LP, Robert A. Pardini, and John A. Pardini shall respond to the complaint by no later than five (5) court days after the clerk of the United States District Court for the Northern District of Georgia, Atlanta Division gives notice that the case has been received and the new case number has been assigned.

IT IS SO ORDERED.

Dated:   May 17, 2018

_____
SENIOR DISTRICT JUDGE